■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE VASQUEZ, Appellant. [671 NYS2d 974] —Judgment, Supreme Court, New York County (Bernard Fried, J.), rendered August 23, 1994, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him to 5 years probation, unanimously affirmed.

The existing record, which defendant has not sought to amplify by way of a motion pursuant to CPL 440.10 (*see, People v Love*, 57 NY2d 998), establishes that defendant received effective assistance of counsel in connection with his guilty plea (*see, People v Ford*, 86 NY2d 397, 404).

Defendant's motion to vacate his guilty plea was properly denied without a hearing since the record shows his plea was knowing, intelligent and voluntary (*see, People v Frederick*, 45 NY2d 520). Defendant's two written motions and appearance at sentencing provided him with ample opportunity to be heard (*People v Gray*, 235 AD2d 298). Concur—Rosenberger, J. P., Wallach, Tom and Saxe, JJ.